**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

TIMOTHY CRENSHAW
and HELEN L. CRENSHAW,

      Plaintiffs,

v.                         Case No. 3:13cv50/MCR/EMT

CITY OF DEFUNIAK SPRINGS, et al.,

      Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 8, 2013. (Doc. 63). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Plaintiffs' "Motion for Default Judgement [sic]" (doc. 61) is **DENIED**.

**DONE AND ORDERED** this 24th day of July, 2013.

                    s/ *M. Casey Rodgers*

                    **M. CASEY RODGERS**
                    **CHIEF UNITED STATES DISTRICT JUDGE**