UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIMOTHY CRENSHAW
and HELEN L. CRENSHAW,

    Plaintiffs,

v.                                Case No. 3:13cv50/MCR/EMT

CITY OF DEFUNIAK SPRINGS, et al.,

    Defendants.
_____/

# O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 25, 2013. (Doc. 72). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiffs' "Motion for Default Judgement [sic]" (doc. 68) is **DENIED**.

**DONE AND ORDERED** this 9th day of August, 2013.

                                          *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**