UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIMOTHY CRENSHAW and
HELEN L. CRENSHAW,

    Plaintiffs,

v.                                          Case No.: 3:13cv50/MCR/EMT

CITY OF DEFUNIAK SPRINGS, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 29, 2013 (doc. 116). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a <u>de novo</u> determination of any timely filed objections (*see* doc. 119). Having considered the Report and Recommendation and the timely filed objections, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants' motions to dismiss (docs. 96, 97, 100) are **GRANTED**.

3. Plaintiff Timothy Crenshaw is **DISMISSED** as a Plaintiff for lack of standing.

4. The federal claims asserted in the Amended Complaint are **DISMISSED with prejudice**, pursuant to Fed. R. Civ. P. 12(b)(6), because the allegations fail to state a claim upon which relief can be granted.

5. Any state law claims are **DISMISSED without prejudice**.

6. Plaintiffs' Request to Stay and Execute Motion to Joinder [sic] Department

of Justice and United States Attorney As Filed [sic] (docs. 112 & 119) is **DENIED**.

      7.      All other pending motions are **DENIED** as **MOOT**.

      8.      The Clerk is directed to close the file.

**DONE AND ORDERED** this 20th day of February, 2013.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**